GRAVES, Presiding Judge.

The conviction is for unlawfully carrying a pistol. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.

way while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without a statement of facts or bills of exception. In the absence thereof no question is presented for review.

The judgment of the trial court is therefore affirmed.

## REYNOLDS v. STATE.

No. 26481.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of operating a motor vehicle upon a public high-

## REYNOLDS v. STATE.

No. 26482.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.